## AFFIDAVIT OF SERVICE

| Case: 6:18-CV-532 | Court: District Court Tyer Texas | County: | Job: 2740807 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Kevin Turner | | **Defendant / Respondent:** National Credit Adjusters LLC | |
| **Received by:** Pro Serve Legal Service | | **For:** Havorsen Klote | |
| **To be served upon:** | | | |

I, Matt Robson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Tisha Chesterman, 327 W 4th Ave , Hutchinson, ks 67501
**Manner of Service:**          Authorized, Oct 19, 2018, 9:47 am CDT
**Documents:**

**Additional Comments:**
1) Successful Attempt: Oct 19, 2018, 9:47 am CDT at 327 W 4th Ave , Hutchinson, ks 67501 received by Tisha Chesterman. Ethnicity: Caucasian; Gender: Female; Height: 5'5"; Hair: Black;
Tisha is a legal assistant at the company stated she was authorized to accept service on behalf of the company.

_____    10/28/2018
Matt Robson                  Date

Pro Serve Legal Service
P.O. Box 47064
Wichita, Ks 67201
316-570-3871